JOHN LORENZ, Respondent, *v.* BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 9, TOWN OF GREENBURGH, Appellant.

(Argued March 23, 1934; decided April 17, 1934.)

*David Tepp* for appellant.

*J. Henry Neale* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.